NELLE CLAIRE FLEMING v. PERCY B. FLEMING.

(Filed 10 April, 1912.)

MOTION before *Peebles, J.,* WAKE County Superior Court. The defendant appealed.

PER CURIAM. This cause is brought to restrain the defendant from disposing of certain property in aid of the proceeding between the same parties, No. 229, at this term, for alimony.

This last named case has been remanded to the Superior Court of Wake County for another hearing, and this case is so intimately connected with it that it will take the same course.

The cause is remanded to the Superior Court of Wake County for a rehearing.

Remanded.